UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 25-1127
(3:16-cv-00545-REP)

———————————

STEVES AND SONS, INC.

      Plaintiff - Appellee

WG TOWANDA LLC; WOODGRAIN, INC.

      Intervenors - Appellees

v.

JELD-WEN, INC.

      Defendant - Appellant

and

JOHN G. PIERCE

      Intervenor

———————————

O R D E R

———————————

The court grants an extension of the briefing schedule as follows:

    FRAP 30(c) page-proof response brief & service of additional designations due: 07/14/2025

Joint appendix due: 07/28/2025

Opening brief, response brief, and any reply brief in final form due: 08/07/2025

Any further request for an extension of time in which to file the page-proof response brief shall be disfavored.

> For the Court--By Direction
>
> /s/ Nwamaka Anowi, Clerk