UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1127
(3:16-cv-00545-REP)

_____

STEVES AND SONS, INC.

       Plaintiff - Appellee

WG TOWANDA LLC; WOODGRAIN, INC.

       Intervenors - Appellees

v.

JELD-WEN, INC.

       Defendant - Appellant

and

JOHN G. PIERCE

       Intervenor

_____

O R D E R

_____

Upon consideration of the certificate of confidentiality, the court seals the response brief.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk