# FOURTH CIRCUIT ORAL ARGUMENT ACKNOWLEDGMENT

This **Oral Argument Acknowledgment** form is to be completed and filed by arguing counsel within 7 days of the Oral Argument Notification. In criminal cases, counsel appearing for a defendant but not arguing must also file this form.

Case Number: 25-1127                    Date of Oral Argument: 01/29/26

Caption: Steves and Sons, Inc. v. Jeld-Wen, Inc.

Attorney Arguing: Benjamin J. Horwich

Arguing on Behalf of (party name):

Steves and Sons, Inc.

Select party type:
☐Appellant ☑Appellee ☐Appellant/Cross-Appellee ☐Appellee/Cross-Appellant ☐Amicus ☐Intervenor

Attorney Appearing for Defendant but **Not Arguing** in Consolidated Criminal Case:

**Argument Time:**  Please indicate how much argument time you wish to use.  You may thereafter change your requested time or change counsel arguing by filing a new **Oral argument acknowledgment** form and selecting "Amended" within the entry.  Counsel arguing the case must be admitted to the Fourth Circuit, file an appearance of counsel form, and file this acknowledgment form.
→20 minutes of argument time are allotted per side; all parties to a side must share oral argument time
→Appellants and cross-appellants may reserve up to 1/3 of their time for rebuttal (7 out of 20 minutes)

First Attorney Arguing Per Side: Benjamin J. Horwich
Phone Number (day of argument): 650-740-2551

Principal Argument Time:  14            Rebuttal Argument Time (if any):
(for appellants and appellees)          (appellants and cross-appellants only)

Any Second Attorney Sharing Arguing Time: Anthony P. Badaracco
Phone Number (day of argument): 609-230-2970

Principal Argument Time:  3             Rebuttal Argument Time (if any):
(for appellants and appellees)          (appellants and cross-appellants only)

Any Counsel for Amicus Participating in Argument by Leave of Court:
Allison Herzog for the United States
Phone Number (day of argument):

Argument Time:  3         Select one of the following: ☑ Order allowing argument time
                                                        ☐ Court-Appointed Amicus

Signature: /s/ Benjamin J. Horwich            Date:  01/07/26