# IN THE UNITED STATES COURT OF
# APPEALS FOR THE FOURTH CIRCUIT

| | |
|---|---|
| STEVES AND SONS, INC.,<br><br>   Plaintiff-Appellee,<br><br>and<br><br>WG TOWANDA LLC; WOODGRAIN, INC.,<br><br>   Intervenors-Appellees,<br><br>v.<br><br>JELD-WEN, INC.,<br><br>   Defendant-Appellant. | No. 25-1127 |

## JOINT STIPULATION OF VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Rule 42(b)(1) of the Federal Rules of Appellate Procedure, and having resolved the issues between and among them, the Parties hereby jointly stipulate to the dismissal of the above-captioned appeal. All Parties are to bear their own costs, expenses, and attorneys' fees.

Dated: April 2, 2026

Respectfully submitted,

*/s/ John C. O'Quinn*
John C. O'Quinn, P.C.
Craig S. Primis, P.C.
Matt S. Owen, P.C.
Megan McGlynn
Caroline Milner
Soowan Julia Choi
KIRKLAND & ELLIS LLP
1301 Pennsylvania Avenue,
N.W. Washington, DC 20004
Telephone:  (202) 389-5000
john.oquinn@kirkland.com
cprimis@kirkland.com
matt.owen@kirkland.com
megan.mcglynn@kirkland.com
caroline.milner@kirkland.com
julia.choi@kirkland.com

*Counsel for Defendant-
Appellant JELD-WEN, Inc.*

*/s/ Benjamin J. Horwich*
Lewis F. Powell III (VSB No. 18266)
Maya M. Eckstein (VSB No. 41413)
HUNTON ANDREWS KURTH LLP
Riverfront Plaza, East Tower
951 East Byrd Street
Richmond, Virginia 23219-4074
Telephone:  (804) 788-8200
Facsimile:  (804) 788-8218
lpowell@hunton.com
meckstein@hunton.com

Glenn D. Pomerantz (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
350 S. Grand Avenue, 50th Floor
Los Angeles, California 90071
Telephone:  (213) 683-9132
Facsimile:  (213) 683-5161
Glenn.Pomerantz@mto.com

Benjamin J. Horwich (*pro hac vice*)
Rebecca L. Sciarrino (*pro hac vice*)
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, California 94105
Telephone:  (415) 512-4052
ben.horwich@mto.com
rebecca.sciarrino@mto.com

Marvin G. Pipkin
PIPKIN LAW
10001 Reunion Place, Suite 6400
San Antonio, Texas 78216
Telephone:  (210) 731-6495
Facsimile:  (210) 293-2139

*Counsel for Plaintiff-Appellee Steves
and Sons, Inc.*

*/s/ Anthony P. Badaracco*
Cortland C. Putbrese (VSB No. 46419)
Michael Shafer (VSB No. 94984)
DUNLAP BENNETT & LUDWIG PLLC
6802 Paragon Place, Ste. 410
Richmond, Virginia 23230
Telephone: (804) 977-2688
Facsimile: (804) 977-2680
cputbrese@dbllawyers.com
mshafer@dbllawyers.com

Anthony P. Badaracco
DORSEY & WHITNEY LLP
51 West 52nd Street, 9th Floor
New York, New York 10019
Telephone: (212) 415-9354
Facsimile: (646) 304-4464
badaracco.anthony@dorsey.com

Michael A. Lindsay
DORSEY & WHITNEY LLP
Suite 1500, 50 South Sixth Street
Minneapolis, Minnesota 55402
Telephone: (612) 340-7819
Facsimile: (612) 340-2868
lindsay.michael@dorsey.com

*Counsel for Intervenors-Appellees*
*Woodgrain, Inc. and WG Towanda LLC*

**CERTIFICATE OF SERVICE**

This is to certify that the foregoing motion has been served via the Court's CM/ECF filing system in compliance with Rule 25 of the Federal Rules of Appellate Procedure, on April 2, 2026, on all registered counsel of record, and has been transmitted to the Clerk of the Court.

*/s/ John C. O'Quinn*
John C. O'Quinn, P.C.