FILED: April 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1127
(3:16-cv-00545-REP)
_____

STEVES AND SONS, INC.

       Plaintiff - Appellee

WG TOWANDA LLC; WOODGRAIN, INC.

       Intervenors - Appellees

v.

JELD-WEN, INC.

       Defendant - Appellant

 and

JOHN G. PIERCE

       Intervenor

------------------------------

UNITED STATES OF AMERICA

       Amicus Supporting Appellee

_____

O R D E R
_____

Upon consideration of the motion to dismiss this appeal pursuant to Rule 42(b) of the Federal Rules of Appellate Procedure, and there appearing no opposition, the court grants the motion.

For the Court

/s/ Nwamaka Anowi, Clerk