FILED: April 2, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1127
(3:16-cv-00545-REP)
_____

STEVES AND SONS, INC.

       Plaintiff - Appellee

WG TOWANDA LLC; WOODGRAIN, INC.

       Intervenors - Appellees

v.

JELD-WEN, INC.

       Defendant - Appellant

 and

JOHN G. PIERCE

       Intervenor

------------------------------

UNITED STATES OF AMERICA

       Amicus Supporting Appellee

## RULE 42(b) MANDATE

This court's order dismissing this appeal pursuant to Local Rule 42(b) takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*